UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CIVICA SIMPSON,**
individually, and on behalf of E.S.,
and A.S., minors,

    **Petitioner,**

v.               **Case No: 6:23-cv-98-WWB-DAB**

**STATE OF FLORIDA**
**DEPARTMENT OF CHILDREN**
**AND FAMILIES,**
**CHILDREN'S LEGAL SERVICES,**
**and DEPARTMENT OF**
**CHILDREN AND FAMILIES,**

    **Respondents.**

## ORDER

This cause is before the Court on Petitioner's Emergency Petition for Writ of Mandamus and Petition for Writ of Quo Warranto. Doc. No. 1. Some of the exhibits attached to the Petition contain the full names and dates of birth of minors. Doc. Nos. 1-1, 1-3, 1-6. In a filing with the Court which contains either a date of birth or the name of an individual known to be a minor, the filing party may include only "the year of the individual's birth" and "the minor's initials." Fed. R. Civ. P. 5.2(a)(2)–(3).

Because Plaintiff's Complaint and attachments were not properly redacted, they will be stricken and deleted from the record. *See Brown v. McConnell*, No. CV409-086, 2009 WL 2338001, at *2 n.3 (S.D. Ga. July 27, 2009). The Clerk shall **STRIKE** and **DELETE** Docket Entry 1 from the record. By January 31, 2023, Plaintiff shall file an amended petition in accordance with Rule 5.2.

It is so **ORDERED** on January 23, 2023.

_____ /s/ Celeste F. Bremer _____
**CELESTE F. BREMER**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Plaintiff *pro se*