FILED

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA   2023 JAN 24   AM 10: 46

ORLANDO DIVISON

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE:

Civica Simpson
*individually ,and on behalf*

*of E.S., and A.S., minors*

          Civica Simpson (Mother)

          PETITIONER

          520 Lynchfield Avenue
          Altamonte Springs, FL 32714
          407-230-4412
          SUI JIRIS

v.

          CASE NO.:6:23-cv-98-WWB-DAB

STATE OF FLORIDA DEPT. OF

CHILDREN AND FAMILIES,

CHILDRENS LEGAL SERVICES

DEPT. OF CHILDREN AND FAMILIES,

      Defendants,

_____/

TIME SENSETIVE

OBJECTION

STANDING ORDER ON DISCOVERY MOTIONS

**COMES NOW,** the Petitioner Civica Simpson, mother of E.S & A.S,.

1 of 3

OBJECTS! respectfully, No Disrespect towards your Honor And this High Court.. Kindly forgive me in advance, however, I Civica Simpson, MOTHER, the Petitioner States the follows:

1. **Computing Time Standards:** Trial court has violated this entire proceeding upon time standards. Petition Children is still in sheltered care since <u>September 6, 2022</u>. ***180days.*** There are no hearings nor trial scheduled regarding mother. Adjudication Hearing for ***Mother is 3/16/23. Exhibit 3. Adjudication hearing was 10/17/22.***

    a. Fla. R. Jud. Admin. 2.250 (f) Juvenile Dependency. Deposition Hearing (child Sheltered)-88 DAYS (shelter hearing to disposition) Fla, Statutes 39.507 (4) If the court finds at the adjudicatory hearing that the child named in a petition is not dependent, it shall enter an order so finding and dismissing the case.
    b. Fla, Statutes 39.507 (1)(a)   The adjudicatory hearing shall be held as soon as practicable after the petition for dependency is filed and in accordance with the Florida Rules of Juvenile Procedure, ***but no later than 30 days after the arraignment.*** See Fl. R. Civ. P Defendants must respond provided in 1.140.
    c. Fla, Statutes 39.202 (d)   The parent or legal custodian of any child who is alleged to have been abused, abandoned, or neglected, and the child, and their attorneys, including any attorney representing a child in civil or criminal proceedings. This access shall be made available no later than 60 days after the department receives the initial report of abuse, neglect, or abandonment.
    d. **39.507** (c)   If a court adjudicates a child dependent and the child is in out-of-home care, the court shall inquire of the parent or parents whether the parents have relatives who might be considered as a placement for the child.
    e. 39.507 (8)   At the conclusion of the adjudicatory hearing, if the child named in the petition is found dependent, the court shall schedule the disposition hearing within 30 days after the last day of the adjudicatory hearing. All parties shall be notified in writing at the conclusion of the adjudicatory hearing by the clerk of the court of the date, time, and location of the disposition hearing.

1. Petitioner states it is 5 months since removal and E.S & A. S. The location of A.S is unknown. Court placed her in out of home?, she was well cared for with my siter in law and with her brother. Present Placement is with a person who has multiple Marriages, Car wrecks, For closures and 2 out of state WARRENTS numerous DV.

2. E.S visitation as to his Father Changes to unsupervised. Family court decided his visitation in 2018 and this same Dependency Court 2019, Father has supervised visits. On what authority has this changed to a person who is a known to have multiple DUI. No place to live, no drivers license allowed to take a 5yr old anywhere. This court has endangered my children.

3. Petitioner request your Honor to kindly interject his/her discretion, promptly, juvenile court has gone *rogue* .

WHEREFORE, the petitioner requests this court to please take corrective action and grant petitioner requests in the complaint. Any and all sanctions deem fit and hold the parties accountable. Return petitioner children forthwith.

Respectfully Submitted,

Civica Simpson

520 Lynchfield Avenue

Altamonte Springs, Fl 32714

suzyaaliyah@aol.com

4072304412

Certificate Of Service

I HEREBY CERTIFY, that a true and correct copy of this motion for rehearing has been furnished to Renete Williams, Esq., Dept. of children and Families,192 s. Orlando Dr., Sanford, Fl 32773. Stephanie Circosta, Esq., Guardian Ad Litem, 190 Eslinger Way, Sanford, FL 32773. Clerk Of the Circuit Court for the Eighteenth Judicial Circuit Seminole County Fl, 101Eslinger Way, Sanford Fl 32773. Via hand/ E-Mail delivery and or certify mailed, this 24 day of January, 2023.