UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO:   6:23-cv-98-WWB-DAB

IN RE:

Civica Simpson,

   Petitioner,

*individually, and on behalf of*

*E.S., and A.S., minors*

v.

STATE OF FLORIDA DEPT. OF CHILDREN AND FAMILIES,

CHILDRENS LEAGAL SERVICES

DEPT. OF CHILDREN AND FAMILIES,

   Respondent.

_____/

# EMERGENCY
## DEFAULT JUDGMENT

  The defendant(s), Renete Williams, Esq., State of Florida Dept. of children and Families, Stephanie Circosta, Esq., Guardian Ad Litem, **Seminole County Sheriff** Child Protective Services Korey Waldrop and Rebecca LaGaurdia, michele, Seminole County Clerk of Court, Velazquez case worker michele.velazquez@embracefamilies, having failed to produce discovery as ordered by Magistrate Judge Celeste F. Bremer on 1/20/2023 and otherwise defend in this action, and default having been entered on 27 January, 2023, for plaintiff(s) having requested judgment against the defaulted defendant(s) and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b); also attached exhibits of attempts to peacefully communicate and request this discovery default Judgment is hereby entered in favor of plaintiff(s) Civica Simpson for minor E.S and A.S against defendant(s), as follows:

1. That a writ of mandamus issue to the respondents directing them to take action as follows:

Dismiss this case: 2022dp000000128 as void without prejudice.
Permanently remove my name from the Registry.
Produce Any and all documentations, videos, notes, past history cases, medical information, pictures, evidence and transcripts pertaining to this case.
Return my children forthwith.
Sanctions the Court Deems appropriate.

2. Only If this Court Declines to initially grant the first request for relief, that an alternative writ be issued, and

3. To any other relief the Petitioner may be entitled

Dated this _____ day of _____, 2023.


_____
District Court Judge/Magistrate signature


_____
District Court Judge/Magistrate Print Name