# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CIVICA SIMPSON,

        Petitioner,

v.                                                         Case No.: 6:23-cv-98-WWB-RMN

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,
CHILDRENS LEGAL SERVICES,
DEPARTMENT OF CHILDREN AND
FAMILIES, STEPHANIE CIRCOSTA,
KOREY WALDROP, REBECCA
LAGUARDIA and MICHELE LNU,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Emergency Amended Petition for Writ of Mandamus and for Writ of Quo Warranto (Doc. 5). United States Magistrate Judge Celeste F. Bremer issued a Report and Recommendation (Doc. 12), wherein she recommends that the case be dismissed without prejudice for want of subject matter jurisdiction and all pending motions be denied as moot.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Emergency Amended Petition for Writ of Mandamus and for Writ of Quo Warranto (Doc. 5) is **DENIED**.

3. The case is **DISMISSED without prejudice**.

4. The Clerk is directed to terminate all pending motions and close the case.

**DONE AND ORDERED** in Orlando, Florida on April 17, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

2